UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TYRONE HURT,

        **Plaintiff,**

v.                                         **Case No:  6:14-cv-469-Orl-18GJK**

STATE OF FLORIDA LEGISLATIVE
BODY,

        **Defendant.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Leave to Proceed *In Forma Pauper*is (Doc. No. 2).   A response was filed by the plaintiff on May 1, 2014.   The Court having reviewed the report and recommendation of the magistrate judge and response filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED.**  The motion is **DENIED** and the complaint is without merit and therefore **DISMISSED.**  Clerk of the Court is directed to **CLOSE** the case and send a copy of this Order to the plaintiff by Certified Mail.

       **DONE AND ORDERED** at Orlando, Florida, this _____ day of May, 2014.

                                 _____
                                 G. KENDALL SHARP
                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Unrepresented Parties