UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TYRONE HURT,
        Plaintiff,

V.                                                Case No: 6:14-cv-469-Orl-18GJK

STATE OF FLORIDA LEGISLATIVE
BODY,

        Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff Tyrone Hurt's Motion for Leave to Appeal in Forma Pauperis and Appoint Counsel (Doc. 9). The Court having reviewed the Report and Recommendation (Doc. 11), and there being no objections filed by the Plaintiff to the Report and Recommendation, it is hereby

**ORDERED** that the Report and Recommendation (Doc. 11) is hereby **APPROVED** and **ADOPTED**. The Motion (Doc. 9) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this __18__ day of June, 2014.

                                              G. KENDALL SHARP
                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Unrepresented Party