UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TYRONE HURT,
        Plaintiff,

V.                                             Case No: 6:14-cv-469-Orl-18GJK

STATE OF FLORIDA LEGISLATIVE
BODY,

        Defendants.
_____

## ORDER

This case was referred to United States Magistrate Judge Gregory J. Kelly for a report and recommendation on Plaintiff Tyrone Hurt's Amended Motion for Leave to Appeal in Forma Pauperis and Appoint Counsel (Doc. 14). The Court having reviewed the Report and Recommendation (Doc. 15), and there being no objections filed to the Report and Recommendation, it is hereby

**ORDERED** that the Report and Recommendation (Doc. 15) is hereby **APPROVED** and **ADOPTED**. The Motion (Doc. 14) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this ___12___ day of September, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Party