UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TYRONE HURT,
        Plaintiff,

V.                                                    Case No: 6:14-cv-469-Orl-18GJK

STATE OF FLORIDA LEGISLATIVE
BODY,

        Defendants.

## ORDER

This case was referred to United States Magistrate Judge Gregory J. Kelly for a report and recommendation on Plaintiff Tyrone Hurt's Amended Motion for Leave to Appeal in Forma Pauperis and Appoint Counsel (Doc. 17). The Court having reviewed the Report and Recommendation (Doc. 18), and there being no objections filed, it is hereby

**ORDERED** that the Report and Recommendation (Doc. 18) is **APPROVED** and **ADOPTED**. Plaintiff Tyrone Hurt's Motion (Doc. 17) is **DENIED**. Any future motions filed by Plaintiff Tyrone Hurt in this case shall be stricken from the record.

The Clerk of the Court is directed to send a copy of this Order to Plaintiff via certified mail.

**DONE AND ORDERED** at Orlando, Florida, this 6 day of October, 2014.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Party